UNITED STATES BANKRUPTCY COURT,
MIDDLE DISTRICT OF FLORIDA

CASE NO.

In the Matter of:

ELEETS TRANSPORTATION COMPANY, INC.
D/B/A ELEETS TRANSPORTATION,
A Florida corporation

    Debtor.
_____/

## INVOLUNTARY CASE: CREDITORS' PETITION

COMES NOW the Petitioners, ARTUR EXPRESS, INC., TBS FACTORING SERVICE LLC, BUEL, INC., and NEW CENTURY TRANSPORTATION, INC., creditors of the above-captioned Debtor, pursuant to 11 U.S.C. §303(b) who respectfully represent and would show the Court:

    1.    This is a petition seeking an order for relief against the above corporation pursuant to 11 U.S.C. §303.

    2.    Petitioners hold claims against the Debtor for the following natures and amounts:

Artur Express, Inc.    $22,625.00

TBS Factoring Service LLC    $17,115.50

Buel, Inc.    $8,500.00

New Century Transportation, Inc.    $7,100.25

    3.    The above listed claims are not contingent as to liability, are not in bona fide dispute, as to liability or amount, and are in aggregate, in excess of $14,425, over and above any liens securing such claims.

    4.    The Debtor has had its principal place of business within this district for the 180 days preceding the filing of this petition.

    5. The Debtor is a corporation against whom an Order for relief may be entered under Title 11, United States Code.

6. The Debtor is generally not paying its bona fide, undisputed debts as they become due.

WHEREFORE, the Petitioners pray that an Order for relief under Chapter 7, Title 11, United States Code, be entered against the Debtor.

DATED this 28th day of December, 2012.

RAYMOND J. ROTELLA, of
KOSTO & ROTELLA, P.A.
Post Office Box 113
619 E. Washington Street
Orlando, Florida  32802
(407) 425-3456
Fla. Bar Number 157951
Attorneys for Petitioners

## UNSWORN DECLARATION

I, _R B Watson Sr._, of BUEL, INC., one of the petitioners named in the foregoing petition, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed this _26_ day of _Dec_, 2012.

BUEL, INC.

BY: _[signature]_

TITLE: _Pres_

## UNSWORN DECLARATION

I, __Wood Kaufman__, of TBS Factoring Service LLC, one of the petitioners named in the foregoing petition, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed this 14th day of December, 2012.

_Wood Kaufman_

## UNSWORN DECLARATION

I, _Maria Curcio_, of New Century Transportation, Inc., one of the petitioners named in the foregoing petition, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed this _20th_ day of _December_, 2012.

NEW CENTURY TRANSPORTATION, INC.

BY: _[signature]_

TITLE: _Diann Vice Pres / Coll._

## UNSWORN DECLARATION

I, **Cindy Meyers**, of Artur Express, Inc., one of the petitioners named in the foregoing petition, declare under penalty of perjury that the debt reflected in the involuntary case is correct and is not contingent or subject to a bona fide dispute, and the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed this **27** day of December, 2012.

ARTUR EXPRESS, INC.

BY: *Cindy Meyers*

TITLE: *Accounting*